# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY QUATRONE on behalf of the GANNETT CO., IN. 401(k) SAVINGS PLAN and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GANNETT CO., INC., THE GANNETT BENEFIT PLANS COMMITTEE, and JOHN/JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 1:18-cv-00325-AJT-JFA |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Gannett Company, Inc. discloses that it does not have a publicly traded parent, subsidiary, or affiliate. Gannett further discloses that BlackRock, Inc. and The Vanguard Group, Inc. each hold 10% or more of Gannett's stock.

Dated: May 11, 2018

/s/ Laurin H. Mills

Laurin H. Mills (VA Bar No. 79848)
laurin.mills@leclairryan.com
LECLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Tel: 703-647-5903
Fax: 703-647-5953

Anne E. Rea (*pro hac vice*)
area@sidley.com
Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
Lisa E. Schwartz (*pro hac vice*)
lschwartz@sidley.com
SIDLEY AUSTIN LLP

                    1 S. Dearborn St.
                    Chicago, IL 60603
                    Tel: 312-853-7000
                    Fax: 312-853-7036

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 11, 2018, I electronically filed the foregoing Disclosure Statement using the Court's ECF system, which will send notification of such filing to all counsel of record.

*/s/ Laurin H. Mills*