IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| Jeffrey Quatrone | ) | |
| *On Behalf of Gannett Co., Inc. 401(k) Savings* | ) | |
| *Plan and all others similar situated* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-00325(AJT/JFA) |
| | ) | |
| Gannett Co., Inc. | ) | |
| The Gannett Benefit Plans Committee | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on February 13, 2019, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Gannett Co., Inc. and The Gannett Benefit Plans Committee and against the Plaintiff, Jeffrey Quatrone.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Anitra Chastine
Deputy Clerk

Dated: December 13, 2018
Alexandria, Virginia