UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFREY QUATRONE on behalf of the GANNETT CO., INC. 401(k) SAVINGS PLAN and all others similarly situated,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**GANNETT CO., INC., THE GANNETT BENEFIT PLANS COMMITTEE, and JOHN/JANE DOES 1-10,**<br><br>　　**Defendants.** | **Civil Action No. 1:18-cv-00325-AJT-JFA** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Jeffrey Quatrone and Proposed Class Representative/Named Plaintiff Christina Stegemann hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order denying Plaintiffs' Motion for Leave to Amend Complaint and denying Plaintiffs' Motion for Class Certification entered in this action on February 13, 2019 (Doc. Entry 72), and with respect to Plaintiff Quatrone from the order granting Defendants' Motion to Dismiss entered in this action on September 26, 2018 (Doc. Entry 60).

Dated: February 25, 2019　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BAILEY & GLASSER LLP

　　　　　　　　　　　　　　　　/s/ Gregory Y. Porter
　　　　　　　　　　　　　　　　Gregory Y. Porter (VSB No. 40408)
　　　　　　　　　　　　　　　　1055 Thomas Jefferson Street, NW
　　　　　　　　　　　　　　　　Suite 540
　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　Telephone: (202) 463-2101
　　　　　　　　　　　　　　　　Facsimile: (202) 463-2103
　　　　　　　　　　　　　　　　gporter@baileyglasser.com

*Attorneys for Jeffrey Quatrone, Christina Stegemann and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send such notification to the following:

Laurin H. Mills
LECLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5903
Facsimile: (703) 647-5953
Laurin.mills@leclairryan.com

Anne E. Rea
Eric S. Mattson
SIDLEY AUSTIN LLP
1 S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
area@sidley.com
emattson@sidley.com

*Counsel for Defendants*

/s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)