FILED: August 11, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1212
(1:18-cv-00325-AJT-JFA)
_____

CHRISTINA STEGEMANN

       Appellant

JEFFREY QUATRONE, on Behalf of Gannett Co., Inc. 401(k) Savings Plan and all others similarly situated

       Plaintiff - Appellant

v.

GANNETT COMPANY, INC.; THE GANNETT BENEFIT PLANS COMMITTEE

       Defendants - Appellees

and

JOHN AND JANE DOES 1-10

       Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district

court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK