FILED: October 16, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1212
(1:18-cv-00325-AJT-JFA)

_____

CHRISTINA STEGEMANN

        Appellant

JEFFREY QUATRONE, on Behalf of Gannett Co., Inc. 401(k) Savings Plan and all others similarly situated

        Plaintiff - Appellant

v.

GANNETT COMPANY, INC.; THE GANNETT BENEFIT PLANS COMMITTEE

        Defendants - Appellees

and

JOHN AND JANE DOES 1-10

        Defendant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay mandate pending the filing of a petition for a writ of certiorari, the court grants the motion.

The stay shall not exceed 90 days absent notice that the petition has been filed or a showing of good cause for extension. If the petition is filed, the stay continues until the Supreme Court's final disposition. Fed. R. App. P. 41(d)(2)(B).

Upon filing a petition for writ of certiorari in the Supreme Court, counsel shall notify this court in writing. Counsel shall also notify this court in writing when the petition is denied or, if granted, when judgment has been entered by the Supreme Court.

Entered at the direction of Judge Wynn with the concurrence of Judge Niemeyer and Judge Floyd.

> For the Court
>
> /s/ Patricia S. Connor, Clerk