IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Christina Stegemann, et al  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>Gannett Co., Inc., et al  )<br>)<br>Defendant.  ) | Civil Action No. 1:18cv325 |

## JUDGMENT

Pursuant to the order of this Court entered on December 5, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Gannett Co., Inc. and The Gannett Benefit Plans Committee, and against the Plaintiffs, Christina Stegemann and Jeffrey Quatrone.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 12/05/2023
Alexandria, Virginia